MICHELE AJELLO, SR., Respondent, v. MICHELE AJELLO, JR., and Others, Defendants. CARLO BERTOLAIA and Another, as Receivers, etc., of MICHELE AJELLO Co., INC.; Intervenors, Appellants.— Order affirmed, with ten dollars costs and disbursements. This affirmance, however, is without prejudice to the right of the receivers to apply for permission to intervene in the present status of the action, if they are so disposed. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

GEORGE W. BAKER, Suing, etc., Appellant, v. J. ALEXANDER DINGWALL, JR., and Others, Respondents. BURTON H. ELLIS and Others, Intervenors.— Order denying motion to strike out accounts and punish for contempt affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich and Manning, JJ., concur; Jaycox and Kelby, JJ., dissent.

CAMELLA BASTINI, Respondent, v. SARAH DIAMOND, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

CARL BAUER, Appellant, Respondent, v. MAX SCHWARTZ, Respondent, Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Kelly, P. J., Rich and Manning, JJ., concur; Jaycox and Young, JJ., dissent.

EVELYN L. BOTTSTEIN, Appellant, v. GEORGE EGBERT, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

CATHERINE BRODERICK, by CELESTINE BRODERICK, Her Guardian ad Litem, Respondent, v. NEWS SYNDICATE Co., INC., Sued, etc., Appellant.— Judgment and order denying new trial unanimously affirmed, with costs. As we interpret the decision in *Bishop* v. *New York Times Co.* (233 N. Y. 446), it holds that testimony in a libel suit in enhancement of damages, to the effect that relatives of plaintiff were shunned and ostracised by their friends, with a resultant reaction of mental distress to the plaintiff, is incompetent. We are of opinion that the record before us does not contain testimony, to which exception was taken, falling within the ruling made in the case cited. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

ROBERT A. BRUNNER, Appellant, v. ARCHIE M. ANDREWS, Individually, Respondent, Impleaded with Others, Defendants.— Order granting motion for a conditional stay affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

CHARLES COHEN and Another, Respondents, v. ROSEVALE REALTY COMPANY, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

CHARLES E. EGAN, Respondent, v. THE COLUMBIA OIL COMPANY OF NEW YORK, Appellant.— Order denying defendant's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. We think the question raised on this appeal should be presented after the facts are fully developed on the trial. Kelly, P. J., Rich, Kelby, Young and Kapper, JJ., concur.

HARRY BERNSTEIN CUT STONE COMPANY, INC., Respondent, v. GUSSIE GROSSBART and Others, as Executors, etc., of FRANK GROSSBART, Deceased, Appellants. AMER. REALTY Co., INC., Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.